IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRUCE N. SAFFRAN, M.D., Ph.D. § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> BOSTON SCIENTIFIC CORPORATION, § <br> a Delaware Corporation, § <br> § <br> *Defendant*. § | Civil Action No. 2:05cv547-TJW <br><br> Jury |

## DEFENDANT'S TRIAL WITNESS LIST

A. WITNESSES EXPECTED TO BE CALLED AT TRIAL[1]

1. William H. Kucheman (in person)
   Senior Vice President and Group President, Interventional Cardiology,
   Boston Scientific Corporation

2. Scott T. Bluni, Esq. (in person and/or by video deposition)
   Former Vice President and Chief Patent Counsel, Cardiovascular, Boston
   Scientific Corporation

3. Dr. James J. Barry (in person)
   Senior Vice President, Corporate Technology Development, Boston
   Scientific Corporation

4. Dr. Bruce N. Saffran (in person and/or by video deposition)
   Plaintiff

5. Vishva Dev, M.D. (in person)
   Director, Cardiology
   Los Robles Hospital
   Thousand Oaks, CA

---

[1] Boston Scientific reserves the right to amend this list to include witnesses whose depositions are taken after the service date of this witness list

      6.      Thomas L. Lambert, M.D. (in person)
               Las Vegas, Nevada

      7.      Dr. Harold B. Hopfenberg (in person)
               Expert for Boston Scientific Corporation

      8.      Dr. Abram Charles Rabinowitz (in person)
               Expert for Boston Scientific Corporation

      9.      James T. Davis (in person)
               Expert for Boston Scientific Corporation

      10.     Kevin Faulkner (in person)
               Expert for Boston Scientific Corporation

B.    WITNESSES WHO MAY BE CALLED AT TRIAL

      11.     Gidon D. Stern, Esq. (in person)
               Attorney, Jones Day

      12.     Doug Godshall (in person and/or by video deposition)
               President and CEO, Heartware, Inc, formerly President of Vascular
               Surgery, Boston Scientific Corporation

      13.     S. Nahum Goldberg (in person and/or by video deposition)
               Associate Professor, Harvard Medical School
               Director of Abdominal Radiology and Intervention, Beth Israel Deaconess
               Hospital

      14.     Zalman Jacobs (in person and/or by video deposition)
               Leucadia National Corporation

Respectfully submitted,

        BOSTON SCIENTIFIC CORPORATION
        By its attorneys,

November 7, 2007

        _____/s/_____
        Melissa Smith
        State Bar No. TX 24001351
        GILLAM & SMITH, LLP
        303 S. Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-8257
        E-mail: melissa@gillamsmithlaw.com

        Melvin R. Wilcox, III
        State Bar No. TX 21454800
        SMEAD, ANDERSON & DUNN LLP
        2110 Horseshoe Lane
        PO Box 3343
        Longview, Texas 75606
        Telephone: (903) 232-1892
        Facsimile: (903) 232-1881
        E-mail: mrw@smeadlaw.com

        Elizabeth Gardner
        John W. Bateman
        KENYON & KENYON LLP
        One Broadway
        New York, NY 10004
        Telephone: (212) 425-7200
        Facsimile: (212) 425-5288
        E-mail: egardner@kenyon.com
        E-mail: jbateman@kenyon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 7th day of November 2007.

/s/
Melissa Smith