IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| **BRUCE N. SAFFRAN, M.D., Ph.D.,** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO. 2:05-CV-00547-TJW** |
| **BOSTON SCIENTIFIC CORPORATION,** | § § § | **JURY DEMANDED** |
| **Defendant.** | § § | |

**BRUCE N. SAFFRAN, MD., Ph.D.'S NOTICE OF NON-OPPOSITION TO DEFENDANTS MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY**

Bruce N. Saffran, M.D., Ph.D. notifies the Court that he does not oppose the relief requested in Defendant's Motion Extension of Time to File Response/Reply (Docket No. 116), which was filed on December 21, 2007.

1

Respectfully submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
Albritton Law Firm
PO Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com

Danny L. Williams
Texas State Bar No. 21518050
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-4060
Facsimile: (713) 934-7011

Paul R. Taskier
Gary M. Hoffman
James W. Brady, Jr.
Jeremy A. Cubert
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Telephone: (202) 420-2200
Facsimile:  (202) 420-2201

ATTORNEYS FOR BRUCE N. SAFFRAN,
PH.D., M.D.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 21, 2007.  Any other counsel of record will be served by first class mail on this same date.

                                                                                 Eric M. Albritton