IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRUCE N. SAFFRAN, Ph.D., M.D., §<br>     Plaintiff,       §<br>                                                  §<br>v.                                              §     CIVIL ACTION NO. 2-05-CV-547 (TJW)<br>                                                  §<br>BOSTON SCIENTIFIC CORPORATION. §<br>     Defendant.              §<br>                                                  §  | |

**FINAL JUDGMENT**

The parties to this case selected a jury on Monday, February 4, 2008. The trial commenced on Tuesday, February 5, 2008 and the jury reached its verdict on Monday, February 11, 2008. In accordance with the jury's verdict, the court renders the following judgment:

The jury having determined that the defendant, Boston Scientific Corporation ("BSC") has infringed, directly and/or contributorily, claims 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 13, 15, 16, 17, and 18 of United States Patent No. 5,653,760 (the "'760 patent"); the jury having failed to find that any of the asserted claims are invalid; it is ORDERED, ADJUDGED, AND DECREED that the plaintiff, Bruce N. Saffran, Ph.D., M.D. ("Saffran"), have and recover from BSC, a reasonable royalty of Four Hundred Thirty One Million, Eight Hundred Sixty Seven Thousand Three Hundred Fifty One Dollars ($431,867,351) in actual damages. The court awards an additional Sixty Nine Million, Three Hundred Ninety Three Thousand, Six Hundred Sixty Dollars ($69,393,660) in pre-judgment interest. The total awarded is Five Hundred One Million, Two Hundred Sixty One Thousand, Eleven Dollars ($501,261,011). The plaintiff is the prevailing party in this litigation and the court awards costs to the plaintiff as the prevailing party. The judgment shall bear interest at the lawful federal rate. In light of the court's decision to sever any claims for royalties accruing after the verdict and the

absence of any request for injunctive relief, this is a final judgment. All pending motions are denied as moot.

SIGNED this 14th day of February, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE