# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2008-1515

BRUCE N. SAFFRAN, M.D., PH.D.,

Plaintiff-Appellee,

v.

BOSTON SCIENTIFIC CORPORATION,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:05-CV-547, Judge T. John Ward.

# ORDER



NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

03/20/09

cc: Clerk's Office, DCT
Donald R. Dunner
Gary M. Hoffman
Gregory L. Diskant

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 20 2009

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 03/20/09

SAFFRAN V BOSTON SCIENTIFIC, 2008-1515
DCT - 2:05-CV-547

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By_____ Date: MAY 20, 2009